UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN GUY WELTY,

    Plaintiff,

v.

DEBRA TONHOFER, et al.,

    Defendant.

CASE NO. 3:19-CV-6229-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: March 27, 2020

    The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Steven Guy Welty, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") on December 20, 2019. Dkt. 1. On December 23, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he failed to submit the proper application to proceed IFP. Dkt. 2. On January 8, 2020, Plaintiff filed a second application to proceed IFP. Dkt. 4. The Clerk of the Court sent Plaintiff a second deficiency notice informing Plaintiff that he failed to complete to provide a copy of his prison trust account statement. Dkt. 5. The Clerk of Court instructed Plaintiff to submit a complete application to proceed IFP. *Id*. The

REPORT AND RECOMMENDATION - 1

1 | Clerk of Court warned Plaintiff that if he did not respond to the letter by February 10, 2020, the
2 | action may be subject to dismissal. *Id.*

3 |     Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and
4 | has not filed a complete application to proceed IFP. As Plaintiff has failed to prosecute this case,
5 | the Court recommends this case be dismissed without prejudice.

6 |     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
7 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
8 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
9 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
10 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March
11 | 27, 2020 as noted in the caption.

12 |     Dated this 4th day of March, 2020.

David W. Christel
United States Magistrate Judge