UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN GUY WELTY,<br><br>                  Plaintiff,<br><br>  v.<br><br>DR. DEBRA TONHOFER, AIRWAY HEIGHTS CORRECTION CENTER, AIRWAY HEIGHTS MEDICAL FACILITY, JAMES KEY, PA.C JUSTINE SASSONE, DR. STEVEN HAMMOND, PA.C PATRICK PETERSON, GEORGE LEE, ARNP CASH, C/O TAMMI FURGUSON, C/O MOORE, RHIT JENNI THRALL, and DR. KEN SOWYER<br><br>                  Defendants. | NO: 2:20-CV-0196-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Steven Guy Welty's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 15. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

1   Plaintiff also requests that collection of the remaining balance of the filing fee
2   be waived.  For good cause shown, **IT IS ORDERED** that Plaintiff's construed
3   Motion to Waive Collection of the Filing Fee, ECF No. 16, is **GRANTED** and the
4   institution having custody of Mr. Welty shall cease collection of the filing fee in this
5   action, cause number **2:20-CV-0196-TOR**.

6   **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,
7   enter judgment of dismissal without prejudice, provide a copy to Plaintiff and close
8   the file.  The Clerk of Court is further directed to provide a copy of this Order to the
9   **Department of Corrections, Attn: LFO/COS UNIT** to forward to the appropriate
10  agency having custody of Plaintiff.  The Clerk of Court also shall provide a copy of
11  this Order to the Financial Administrator for the United States District Court, Eastern
12  District of Washington.

13  **DATED** July 10, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --2